UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:20-cv-116-RJC

| | | |
|---|---|---|
| MARTINEZ ORLANDIS BLACK, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| U.S. MARSHALL SERVICE, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**THIS MATTER** is before the Court on Petitioner's Application to Proceed in District Court Without Prepaying Fees or Costs, (Doc. No. 3), in this habeas corpus action.

The *pro se* incarcerated Petitioner claims in his Application that he has zero income or assets. However, he has failed to provide the Court with a copy of his prisoner trust account statement for the past six months. See (Doc. No. 3 at 2). The Court is, therefore, unable to determine at this juncture whether Petitioner qualifies to proceed *in forma pauperis*. Petitioner shall file, within **30 days** of this Order, a copy of his prisoner trust account statement or pay the $5 filing fee. Failure to comply will result in dismissal of this action without further notice.

**IT IS SO ORDERED**.

Signed: April 27, 2020

Robert J. Conrad, Jr.
United States District Judge

1