# United States District Court
# Western District of North Carolina
# Charlotte Division

| | | |
|---|---|---|
| Martinez Orlandis Black, ) | | JUDGMENT IN CASE |
| ) | | |
| Petitioner(s), ) | | 3:20-cv-00116-RJC |
| ) | | |
| vs. ) | | |
| ) | | |
| U.S Marshall Service, et al ) | | |
| Respondent(s). ) | | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's September 21, 2021 Order.

September 21, 2021

Frank G. Johns, Clerk
United States District Court